1  ROGER L. GRANDGENETT II, BAR # 6323
   MATTHEW T. CECIL, BAR # 9525
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway, Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:   702.862.8800
4  Fax No.:       702.862.8811
   Email: rgrandgenett@littler.com
5  Email: mcecil@littler.com

6  Attorneys for Defendant
   INTERSTATE MANAGEMENT COMPANY, LLC
7

8                       UNITED STATES DISTRICT COURT

9                             DISTRICT OF NEVADA

10

11 ANGEL GONGORA-ALFONSO,

12         Plaintiff,                    Case No. 2:14-cv-02147-GMN-PAL

13 vs.                                   **STIPULATION TO EXTEND TIME TO
                                         RESPOND TO DEFENDANT'S MOTION
14 INTERSTATE MTG. CO., LLC, a Foreign   TO DISMISS**
   Limited Liability Company d/b/a
15 RENAISSANCE LAS VEGAS,                **(FIRST REQUEST)**

16         Defendant.

17

18         WHEREAS, the Parties are engaged in settlement discussions; and

19         WHEREAS, the Parties desire more time to try and settle this matter before incurring the

20 additional expenses associated with litigating the Motion to Dismiss.

21         Now therefore, based upon the foregoing, the Parties stipulate to extend Plaintiff's time to

22 respond to the Motion to Dismiss for 14 days.

23         Currently Plaintiff's response is due on April 17, 2015.  This stipulation extends the

24 Plaintiff's response due date to May 1, 2015.

25 / / /

26 / / /

27 / / /

28 / / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the first request for an extension of time.  This request is made in good faith.

Dated:  April 16, 2015

Respectfully submitted,

/s/ Ruth L. Cohen
RUTH L. COHEN, ESQ.
COHEN & PADDA, LLP

Attorney for Plaintiff

Dated:  April 16, 2015

Respectfully submitted,

/s/ Matthew T. Cecil
ROGER L. GRANDGENETT, ESQ.
MATTHEW T. CECIL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  04/16/2015**

Firmwide:132959340.1 079499.1019

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.