ROGER L. GRANDGENETT II, BAR # 6323
MATTHEW T. CECIL, BAR # 9525
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
Email: rgrandgenett@littler.com
Email: mcecil@littler.com

Attorneys for Defendant
INTERSTATE MANAGEMENT COMPANY, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGEL GONGORA-ALFONSO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>INTERSTATE MTG. CO., LLC, a Foreign Limited Liability Company d/b/a RENAISSANCE LAS VEGAS,<br><br>　　　　　Defendant. | Case No. 2:14-cv-02147-GMN-PAL<br><br>**STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE** |

Plaintiff ANGEL GONGORA-ALFONSO, by and through his attorneys of record Cohen & Padda, LLP, and Defendant INTERSTATE MTG. CO., LLC, by and through its attorney of records, Littler Mendelson, P.C., hereby stipulate and respectfully request the Court order that this matter, Case Number 2:14-cv-02147-GMN-PAL and the complaint filed therein, be dismissed in its entirety with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees incurred in this dispute.

Dated:  June 3, 2015

Respectfully submitted,

/s/ Ruth L. Cohen
RUTH L. COHEN, ESQ.
COHEN & PADDA, LLP

Attorney for Plaintiff

Dated:  June 3, 2015

Respectfully submitted,

/s/ Matthew T. Cecil
ROGER L. GRANDGENETT, ESQ.
MATTHEW T. CECIL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  06/04/2015**

Firmwide:133269296.1 079499.1019

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.